UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIANA MENDEZ,

             Plaintiff,          23-cv-3312 (JGK)

    - against -              <u>ORDER</u>

MOUNT SINAI HOSPITAL, ET AL.,

             Defendants.

---

Pursuant to Federal Rule of Civil Procedure 12(a), the time for the defendants to answer was May 19, 2023. To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended to **June 29, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff is directed to serve a copy of this Order on the defendants and to file proof of such service on the docket by **June 6, 2023**.

SO ORDERED.

Dated:    New York, New York
            May 30, 2023

                                                John G. Koeltl
                                     United States District Judge