UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
DIANA MENDEZ,

                Plaintiff,

   - against -

MOUNT SINAI HOSPITAL, ET AL.,

                Defendants.
───────────────────────────────────────

23-cv-3312 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 14, 2023.

SO ORDERED.

Dated:   New York, New York
          June 30, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge