UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIANA MENDEZ,
                Plaintiff(s)

                                                                                             23 civ 3312 (JGK)

       -against-

MOUNT SINAI HOSPITAL,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

A discovery schedule having been entered on July 17, 2023,

The conference scheduled for September 26, 2023, is canceled.

**SO ORDERED.**

                                                                              JOHN G. KOELTL
                                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        September 20, 2023