```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DIANA MENDEZ,

                Plaintiff,        23-cv-3312 (JGK)

    - against -                <u>ORDER</u>

MOUNT SINAI HOSPITAL, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a status report regarding the status of mediation proceedings by **April 26, 2024**.

SO ORDERED.

Dated:    New York, New York
           April 19, 2023

                                            John G. Koeltl
                                    United States District Judge