```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DIANA MENDEZ,                              23-cv-3312 (JGK)

           Plaintiff,          ORDER

  - against -

MOUNT SINAI HOSPITAL, ET AL.,

           Defendants.

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment. ECF No. 42.

SO ORDERED.

Dated:    New York, New York
          January 9, 2025

                                             John G. Koeltl
                                   United States District Judge