# RICOTTA & MARKS, P.C.

*Attorneys at Law*
2174 Jackson Ave.
Seaford, New York 11783
(347) 464-8694
www.QueensEmploymentAttorney.com

---

January 13, 2025

**Via ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

1/13/25 /s/ John G. Koeltl, U.S.D.J.

Re: *Mendez v. Mount Sinai Hospital, et al.*
Docket No.: 23-CV-3312 (JGK)

Dear Judge Koeltl:

This Firm represents the Plaintiff in the above-referenced matter. We write, after conferring with opposing counsel, to jointly request an extension of time to submit a joint pretrial order, motions in limine, and/or any motions to bifurcate trial in this matter. Presently, summary judgment is pending before Your Honor. However, the parties have a previously scheduled deadline to submit these documents by today. Given the pending motion, and the potential that the decision on summary judgment could impact the joint pretrial order, as well as any contemplated motions, we write to request that Your Honor grant an extension of time to submit these documents to the Court of thirty (30) days from the date of a decision on summary judgment.

Thank you for Your Honor's time and attention to this matter. This is the first request for the relief sought.

Sincerely,

**RICOTTA & MARKS, P.C.**

/s
Thomas Ricotta

cc: Rory McEvoy, Esq. (*via email*)