UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIANA MENDEZ,

               Plaintiff,

   - against -

MOUNT SINAI HOSPITAL, ET AL.,

               Defendants.

23-cv-3312 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument in connection with the defendants' motion for summary judgment, on **July 31, 2025**, at **12:00 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
            July 17, 2025

                                           /s/ John G. Koeltl
                                           John G. Koeltl
                                          United States District Judge