# RICOTTA & MARKS, P.C.

*Attorneys at Law*
2174 Jackson Ave.
Seaford, New York 11783
(347) 464-8694
www.QueensEmploymentAttorney.com

---

July 18, 2025

**Via ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> *Argument adjourned to August 6 at 3:30 P.M.*
> *So ordered.*
> */s/ John G. Koeltl*
> *U.S.D.J.*
> *7/21/25*

Re: *Mendez v. Mount Sinai Hospital, et al.*
Docket No.: 23-CV-3312 (JGK)

Dear Judge Koeltl:

    This Firm represents the Plaintiff in the above-referenced matter. We write, after conferring with opposing counsel, and with their consent, to request an adjournment of oral argument on Defendant's pending motion for summary judgment. Per Your Honor's July 17, 2025 Order, oral argument has been scheduled in this matter for July 31, 2025. This adjournment is necessitated by the fact that I will be out of the country on a pre-planned family vacation, from July 21, 2025 through July 31, 2025. As such, I respectfully request that the oral argument be rescheduled to a date convenient to the Court in August to afford me time to prepare for same in advance upon my return from vacation. Counsel for Defendant consents to this request and notes that they have conflicts on August 6, 8, 12, 19, 21 and 26. Accordingly, I respectfully request that Your Honor adjourn the oral argument to an August date convenient to both the Court and counsel for Defendant, or any alternative date convenient to the Court.

    Thank you for Your Honor's time and attention to this matter. This is the first request for the relief sought.

Sincerely,

**RICOTTA & MARKS, P.C.**

_____/s_____
Thomas Ricotta

cc: Rory McEvoy, Esq. (*via email*)