UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIANA MENDEZ,

                Plaintiff,

    - against -

MOUNT SINAI HOSPITAL, ET AL.,

                Defendants.

23-cv-3312 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

At the conference held today, the Court **denied** the defendants' motion for summary judgment. Accordingly, the Clerk is directed to close ECF No. 42.

The parties should file a joint pretrial order, together with proposed voir dire requests, requests to charge, and motions in limine by **August 27, 2025**. Responses and objections are due by **September 5, 2025**. The parties should be ready for trial, with 48 hours' notice, by **September 26, 2025**. These deadlines are subject to modification if necessary to accommodate the parties' anticipated settlement conference with Magistrate Judge Ricardo.

SO ORDERED.
Dated:    New York, New York
           August 6, 2025

                                          John G. Koeltl
                                    United States District Judge