UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANA MENDEZ,

                Plaintiff,

-v-

MOUNT SINAI HOSPITAL, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/7/2025__

**ORDER**

23-CV-3312 (JGK)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court having been advised that the parties would like a settlement conference before the undersigned, a conference is scheduled on **August 19, 2025, at 10:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 314 230 853#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: August 7, 2025
       New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge