```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DIANA MENDEZ,

             Plaintiff,

  -v-

MOUNT SINAI HOSPITAL, ET AL.,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2025

**ORDER**

23-CV-3312 (JGK)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference to discuss settlement procedures. As discussed during the conference, Plaintiff is to make her next demand by August 28, 2025, and Defendant is to counteroffer by September 12, 2025.

    A conference is scheduled on **September 17, 2025,** at **10:00 a.m.** by telephone to discuss the status of the parties' settlement efforts and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 286 238 55#).

**SO ORDERED.**

Dated: August 19, 2025
       New York, New York

                                        Henry J. Ricardo
                                        United States Magistrate Judge