UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2025
```

DIANA MENDEZ,

               Plaintiff,

-v-

MOUNT SINAI HOSPITAL, ET AL.,

               Defendants.

**ORDER**

23-CV-3312 (JGK)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference to discuss the status of the parties' settlement efforts. As discussed during the conference, the parties are directed to exchange confidential letters regarding their settlement positions by **October 3, 2025**. By the same date, the parties are directed to submit copies of their confidential letters to chambers by email, and may submit an ex parte letter not to exceed one single-spaced page.

    A conference is scheduled on **October 10, 2025,** at **10:00 a.m.** by telephone to discuss the status of the parties' settlement efforts and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 344 902 778#).

**SO ORDERED.**

Dated: September 17, 2025
       New York, New York

                                                          _____
                                                          Henry J. Ricardo
                                                          United States Magistrate Judge