# RICOTTA & MARKS, P.C.

*Attorneys at Law*
2174 Jackson Ave.
Seaford, New York 11783
(347) 464-8694
www.QueensEmploymentAttorney.com

---

September 22, 2025

<u>Via ECF</u>
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 1007-1312

Re:  <u>Diana Mendez v. Mount Sinai Hospital, et al.</u>
Docket No.: 23-CV-3312 (JGK)

Dear Judge Koeltl:

[Handwritten annotation: Pre-Trial Order and other pre-Trial submissions due 11/7/25. Responses and Objections due 11/14/25. Ready-Trial, 48 hours notice, 1/27/26.

So Ordered. 9/22/25 /s/ John G. Koeltl / USDJ]

This Firm represents the Plaintiff, Diana Mendez ("Mendez") in the above-referenced matter. We write, after consulting with opposing counsel, to jointly submit this request for an extension of time for the parties to submit pre-trial submissions, as well as an adjournment of the trial ready date in this matter. Presently, the parties were to submit a joint pretrial order, together with proposed voir dire requests, requests to charge, and motions in limine by August 27, 2025. The case was also marked as trial ready as of September 26, 2025. Your Honor did, at that conference and in Your Honor's Order, express a willingness to extend these dates should the parties be working toward a potential settlement with the assistance of Magistrate Judge Ricardo.

The parties have been actively doing so, and have a conference scheduled on October 10, 2025 in furtherance of that effort with a potential settlement conference to be scheduled after that October 10, 2025 conference with the Court. Accordingly, it is respectfully requested that Your Honor grant the parties an extension of time to complete pre-trial submissions, and adjourn the trial ready date to a date post-completion of these settlement efforts that the parties are actively engage in, or to a date acceptable to the Court post-October 10, 2025

This is parties' first request for the relief sought. Thank you for Your Honor's time and consideration of this request.

Sincerely,

**RICOTTA & MARKS, P.C.**

                                                                                  /s  
                                                                              Thomas Ricotta

cc:    Rory McEvoy, Esq. (*via ECF*)