# akerman

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

November 5, 2025

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Mendez v. Mount Sinai Hospital, et al.,
23-CV-3312 (JGK)**

Dear Judge Koeltl:

On behalf of our clients, Mount Sinai Beth Israel ("Mount Sinai") (named herein as "Mount Sinai Hospital") and Alexis Ocampo (collectively, "Defendants"), and after consultation with Plaintiff's counsel, Thomas Ricotta, we write to make a joint request to adjourn the date for the joint pre-trial order and other pre-trial submission to dates after the settlement conference on December 3, 2025. The reason for this request is that the parties believe that there is greater chance of settlement, if they are not required to incur the legal fees associated with those submissions. This is the second request to adjourn/reschedule the pre-trial submission. The first request was granted.

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

cc:   Thomas Ricotta, Esq., Counsel for Plaintiff (via ECF)

*Application granted.
The parties should provide
a status report by December 8, 2025.
11/6/25                 So ordered.
                        /s/ JGK
                        U.S.D.J.*

akerman.com