UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
DIANA MENDEZ,

            Plaintiff,

      -v-

MT. SINAI HOSPITAL and ALEXIS
OCAMPO,

            Defendants.
```

23-cv-3312 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The parties having settled the case and the settlement agreement having been separately docketed under seal, this case is hereby dismissed.

SO ORDERED.

New York, NY
June 15, 2026

JED S. RAKOFF, U.S.D.J.

1